# IN THE SUPREME COURT OF IOWA

No. 17–1650

Linn County No. CVCV085106

ORDER

**ROMOKE OLUTUNDE,**
    Plaintiff-Appellant,

**vs.**

**IOWA DEPTARTMENT OF HUMAN SERVICES,  and
CHARLES M. PALMER, DIRECTOR,**
    Defendant-Appellee.

---

 The court, McDonald, J., taking no part, being evenly divided, declares this case affirmed by operation of law.  *See* Iowa Code § 602.4107 (2019).

 Christensen, C.J., and Appel and Oxley, JJ., would affirm the district court decision that upheld the agency determination that the appellant committed dependent adult abuse; Waterman, Mansfield, and McDermott, JJ.,  would reverse.  *See State v. Effler*, 769 N.W.2d 880, 884 (Iowa 2009) ("[W]hen the supreme court is equally divided on an issue upon which the district court and court of appeals differ, the decision of the district court is affirmed by operation of law.").

Copies to:

James Robert Hinchliff
5015 Grand Ridge Drive
Suite 100
West Des Moines, IA 50265

Andrew Howie

5015 Grand Ridge Drive  Suite 100 West
Des Moines, IA 50265

Charles K. Phillips
Hoover Building
Second Floor
Des Moines, IA 50319

2



State of Iowa Courts

**Case Number**
17-1650

**Case Title**
Olutunde v. Iowa Dept. of Human Services

So Ordered

Susan Christensen, Chief Justice

Electronically signed on 2020-05-29 08:00:50